LEHIGH VALLEY RAILROAD COMPANY, RESPONDENT, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., APPELLANTS.

Submitted May 31, 1929—Decided October 14, 1929.

For the respondent, *Collins & Corbin.*

For the appellants, *Thomas A. Brogan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.